UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HEATHER LOCKE,
individually, and on behalf of all
others similarly situated,

   Plaintiffs,
v.

FLORIDA COMBINED LIFE
INSURANCE COMPANY, INC.,
a Florida Corporation,

   Defendant.
_____/

CASE NO: 5:08-CV-00209-WTH-GRJ

## AGREED ORDER OF DISMISSAL

**THIS CAUSE** having come on for consideration based on the Joint Stipulation of Dismissal with Prejudice, and the Court having reviewed said Stipulation, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This matter is dismissed as to Defendant FLORIDA COMBINED LIFE INSURANCE COMPANY, INC., with prejudice, with each party paying its respective fees and costs.

**DONE AND ORDERED** in Chambers, in Ocala, Florida, this 12th day of Sept., 2007.

             _____
             UNITED STATES ~~MAGISTRATE~~ JUDGE

Copies furnished:
Edward H. Zebersky, Esq., 4000 Hollywood Boulevard, #675 South, Hollywood, FL 33021
Charles C. Lane, Esq., P.O. Box 838, Tampa, FL 33601-0838